UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WEST COAST PRODUCTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No. 4:12-CV-00748 FRB |
| v. ) | |
| ) | |
| JOHN DOE 243, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO JOIN DEFENDANTS' ##113, 130, 184 & 317 PREVIOUSLY FILED MOTION TO DISMISS FOR IMPROPER VENUE AND LACK OF PERSONAL JURISDICTION, MOTION TO DISMISS OR SEVER FOR MISJOINDER OR IN THE ALTERNATIVE MOTION TO QUASH THE SUBPOENA [FILED DOC. 26]**

Comes now John Doe #243 ("Defendant"), by and through counsel, and hereby moves this honorable Court to allow him to join Defendants ## 113, 130, 184 & 317 in their previously filed motion to dismiss the above-referenced matter for improper venue and lack of personal jurisdiction and moves to dismiss or sever for misjoinder [Document 26]. Alternatively, Defendant moves to quash the subpoena directed to Charter Communications, Inc. ("Charter") in the instant case, as referenced in Document 26. Defendants state the following in support thereof:

1. John Doe Defendants ## 113, 130, 184, 243 & 317 are all represented by the below-singed attorney.

2. John Doe #243 resides in the state of Wisconsin and the Motion to Dismiss filed by counsel in Document 26 is appropriate as to his particular legal arguments.

WHEREFORE, John Doe Defendant #243 hereby respectfully requests permission from this honorable Court to join the previously filed Motion to Dismiss and referenced as Document 26 in the Court's electronic filing system.

>Respectfully submitted,
>
>FRANK, JUENGEL & RADEFELD,
>ATTORNEYS AT LAW, P.C.
>
>
>By *s/ Matthew A. Radefeld*
>MATTHEW A. RADEFELD (#52288MO)
>Attorney for Defendant
>7710 Carondelet Ave., Suite 350
>Clayton, Missouri 63105
>(314) 725-7777

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2012, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following.

Mr. Paul Lasko, Esq.
Simmons Browder Gianaris
   Angelides & Barnerd LLC
Attorneys for Plaintiff
One Court Street
Alton, IL  62002

>*s/ Matthew A. Radefeld*
>MATTHEW A. RADEFELD