UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

WEST COAST PRODUCTIONS, INC.,           )
                                        )
            Plaintiff,                  )
                                        )
      v.                                ) No. 4:12CV748 FRB
                                        )
SWARM SHARING HASH FILES                )
25600BE3C6CC4529AC4247FA9B6BCB8B530857EB, )
et al.,                                 )
                                        )
            Defendants.                 )

### ORDER

**IT IS HEREBY ORDERED** that defendant John Doe #243's *Motion to Join* Defendants' ##113, 130, 184 & 317 Previously Filed Motion to Dismiss for Improper Venue and Lack of Personal Jurisdiction, Motion to Dismiss or Sever for Misjoinder or in the Alternative Motion to Quash the Subpoena (Doc. #33) is **GRANTED.**

**IT IS FURTHER ORDERED** that defendant John Doe #190's *Motion to Join* Defendants' ##52 & 149 Motion to Dismiss or Sever for Misjoinder, or in the Alternative, Motion to Quash the Subpoena (Doc. #36) is **GRANTED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated this  _22nd_  day of October, 2012.