```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MISSOURI
                        EASTERN DIVISION


WEST COAST PRODUCTIONS, INC.,           )
                                        )
            Plaintiff,                  )
                                        )
      v.                                ) No. 4:12CV748 FRB
                                        )
SWARM SHARING HASH FILES                )
25600BE3C6CC4529AC4247FA9B6BCB8B530857EB,)
et al.,                                 )
                                        )
            Defendants.
```

## ORDER

**IT IS HEREBY ORDERED** that plaintiff's Consented Motion for Extension of Time to File a Brief in Response to Defendants John Does 52, 190, 113, 130, 184, 317, and 358's Respective Motions to Dismiss, Sever and/or Quash (Doc. #41) is **GRANTED**.

_____
UNITED STATES MAGISTRATE JUDGE

Dated this _13th_ day of November, 2012.