```
             UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF MISSOURI
                   EASTERN DIVISION
```

WEST COAST PRODUCTIONS, INC.,             )
                                          )
                Plaintiff,                )
                                          )
        v.                                ) No. 4:12CV748 FRB
                                          )
SWARM SHARING HASH FILES                  )
25600BE3C6CC4529AC4247FA9B6BCB8B530857EB, )
et al.,                                   )
                                          )
                Defendants.               )

### ORDER

**IT IS HEREBY ORDERED** that the Verified Motion to Appear Pro Hac Vice filed by attorney Bart W. Huffman (Doc. #53) is **GRANTED**.

**IT IS FURTHER ORDERED** that attorney Bart W. Huffman is hereby admitted for the purpose of representing movant AT&T Internet Services in this cause of action.

_/s/ Frederick R. Buckles_
UNITED STATES MAGISTRATE JUDGE

Dated this _10th_ day of December, 2012.