```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MISSOURI
                        EASTERN DIVISION
```

WEST COAST PRODUCTIONS, INC.,          )
                                                            )
                Plaintiff,                 )
                                                            )
       v.                             ) No. 4:12CV748 FRB
                                                            )
SWARM SHARING HASH FILES                )
25600BE3C6CC4529AC4247FA9B6BCB8B530857EB,    )
et al.,                                       )
                                                            )
                Defendants.                )

## ORDER

**IT IS HEREBY ORDERED** that plaintiff's Voluntary Motion to Dismiss Specific Doe Defendant (Doc. #58) is **GRANTED.**

**IT IS FURTHER ORDERED** that the following Doe defendant is hereby dismissed from this cause with prejudice:

| Doe Number | IP Address | ISP Legal Name |
| --- | --- | --- |
| 16 | 24.107.137.225 | **Charter Communications, Inc.** |

 

_____
UNITED STATES MAGISTRATE JUDGE

Dated this  _18th_  day of December, 2012.