**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **WEST COAST PRODUCTIONS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Cause No. 4:12-CV-00748 FRB** |
| **v.** | ) | |
| | ) | |
| **JOHN DOE 151,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION TO JOIN DEFENDANTS' ##113, 130, 184, 243 & 317**
**PREVIOUSLY FILED MOTION TO DISMISS FOR IMPROPER VENUE AND LACK**
**OF PERSONAL JURISDICTION, MOTION TO DISMISS OR SEVER FOR**
**MISJOINDEROR IN THE ALTERNATIVE MOTION TO QUASH THE SUBPOENA**
**[FILED DOCS. 26 & 32]**

Comes now John Doe #243 ("Defendant"), by and through counsel, and hereby moves this honorable Court to allow him to join Defendants ## 113, 130, 184, 243 & 317 in their previously filed motions to dismiss the above-referenced matter for improper venue and lack of personal jurisdiction and moves to dismiss or sever for misjoinder [Documents 26 & 32]. Alternatively, Defendant moves to quash the subpoena directed to Charter Communications, Inc. ("Charter") in the instant case, as referenced in Documents 26 and 32. Defendant states the following in support thereof:

1.      John Doe Defendants ## 113, 130, 151, 184, 243 & 317 are all represented by the below-singed attorney.

2.      John Doe #151 resides in the state of Michigan and the Motion to Dismiss filed by counsel in Document 26 (and joined by John Doe 243 in Document 32) is appropriate as to his particular legal arguments.

WHEREFORE, John Doe Defendant #151 hereby respectfully requests permission from this honorable Court to join the previously filed Motions to Dismiss and referenced as Documents 26 and 32 in the Court's electronic filing system.

Respectfully submitted,

FRANK, JUENGEL & RADEFELD,
ATTORNEYS AT LAW, P.C.

By  *s/ Matthew A. Radefeld*
      MATTHEW A. RADEFELD (#52288MO)
      Attorney for Defendant
      7710 Carondelet Ave., Suite 350
      Clayton, Missouri 63105
      (314) 725-7777

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2013, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following.

Mr. Paul Lasko, Esq.
Simmons Browder Gianaris
    Angelides & Barnerd LLC
Attorneys for Plaintiff
One Court Street
Alton, IL  62002

*s/ Matthew A. Radefeld*
MATTHEW A. RADEFELD