```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

WEST COAST PRODUCTIONS, INC.,                )
                                             )
        Plaintiff,                           )
                                             )
    v.                                         ) No. 4:12CV748 FRB
                                             )
SWARM SHARING HASH FILES                     )
25600BE3C6CC4529AC4247FA9B6BCB8B530857EB,    )
et al.,                                      )
                                             )
        Defendants.                          )

## ORDER

In view of the pending motions to dismiss, to sever and to quash, filed by various of the Doe defendants in this cause; as well as pending objections to certain of the Rule 45 subpoenas issued in this cause, filed by various third party ISPs,

**IT IS HEREBY ORDERED** that this cause, *in its entirety*, is **STAYED** until further Order of the Court. Such stay specifically includes that portion of this Court's Memorandum and Amended Protective Order of October 22, 2012, which orders the ISPs to produce to plaintiff the information responsive to the subpoena(s) as to any non-moving Doe defendant(s) not later than February 28, 2013.

**IT IS FURTHER ORDERED** that plaintiff shall serve a copy of this Order **forthwith** upon all third party ISPs subject to the Rule 45 subpoenas previously issued in this cause.

                                      */s/ Frederick R. Buckles*
                                 UNITED STATES MAGISTRATE JUDGE

Dated this  _25th_  day of February, 2013.