## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| WEST COAST PRODUCTIONS, INC. | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 4:12-cv-00748 |
| | ) | |
| SWARM SHARING HASH FILES | ) | |
| 25600BE3C6CC4529AC4247FA9B6BCB8B530857EB, | ) | |
| 8653511547D205181DB2B69D2C3B4F732947F3E4, | ) | |
| CCDA1BA63666D12E05A652B91008180724F13AB1, | ) | |
| D895A3C7A530DDD3C8CD7E0F7DEF6B43211F4E35, | ) | |
| EB72BDD147682AF141C1574A78DD848D01C0CDDC; | ) | |
| AND DOES 1-442. | ) | ***JURY TRIAL DEMANDED*** |
| | ) | |
| *Defendants.* | ) | |
| _____ | ) | |

## NOTICE REGARDING STAY

Pursuant to the Court's Minute Order at Docket No. 69, Plaintiff confirms that it has provided notice of the Court's stay to all Internet Service Providers ("ISPs") who remain subject to the Rule 45 subpoenas previously issued in this case.  Specifically, upon receiving notice of the stay, Plaintiff promptly forwarded the Order via e-mail to representatives of each of the ISPs.

A representative of six of the seven ISPs responded, confirmed receipt and will abide by the terms of the stay. The remaining ISP, Sprint Nextel Corporation ("Sprint") received notification by e-mail but has not yet confirmed receipt at the time of filing this notice. Regardless, all eleven Doe Defendants utilizing Sprint as their ISP were previously dismissed from this action on July 30, 2012 (Docket No. 14), so Sprint has no further obligations as to the Rule 45 subpoena.

Dated:  February 28, 2013                                    Respectfully submitted,

1

WEST COAST PRODUCTIONS, INC.

By its attorneys,
SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC

By:  /s/ Paul A.  Lesko_____
Paul A. Lesko – E.D. Mo. Bar No. 51914
One Court Street
Alton, IL 62002
Ph: 618.259.2222
Fax: 618.259.2251
Email: plesko@simmonsfirm.com

Attorney for Plaintiff
West Coast Production, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2013, I electronically filed the foregoing document via the Court's ECF, electronic email system, upon all of record.

MATTHEW A. RADEFELD (#52288MO)
7710 Carondelet Ave., Suite 350
Clayton, Missouri 63105
(314) 725-7777

Ken J. Ryno # 38300MO
1000 Lake St. Louis Blvd., Suite 120
Lake St. Louis, MO 63367
(636) 561-2057 tele
(636) 561-2095 fax
E-mail: kenry@uawlsp.com

Troy A. Bozarth
E.D. MO. Reg. No. 5209515
HEPLERBROOM LLC
One Metropolitan Square
211 North Broadway, Suite 2700
St. Louis, MO 63102
Tel: (314) 241-6160
Fax: (314) 241-6116
E-Mail: tab@heplerbroom.com

Andrew G. Toennies   #160356
LASHLY & BAER, P.C.
714 Locust
St. Louis, MO   63101
(314) 621-2939
atoennies@lashlybaer.com

Bart W. Huffman
Locke Lord LLP
100 Congress Ave., Ste. 300
Austin, TX 78701
Tel: (512) 305-4746
Fax: (512) 391-4741
E-Mail: bhuffman@lockelord.com


                                    /s/ Paul A. Lesko_____
                           Attorney for Plaintiff West Coast Productions, Inc.