```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

WEST COAST PRODUCTIONS, INC., )
)
        Plaintiff, )
)
  v. ) No. 4:12CV748 FRB
)
SWARM SHARING HASH FILES )
25600BE3C6CC4529AC4247FA9B6BCB8B530857EB, )
et al., )
)
        Defendants. )

## ORDER

**IT IS HEREBY ORDERED** that plaintiff's Voluntary Motion to Dismiss Specific Doe Defendant (Doc. #71) is **GRANTED**.

**IT IS FURTHER ORDERED** that the following Doe defendant is hereby dismissed from this cause with prejudice:

| **Doe Number** | **IP Address** | **ISP Legal Name** |
|---|---|---|
| **302** | **75.81.7.212** | **Time Warner Cable Inc. (Road Runner)** |

 

*/s/ Frederick R. Buckles*
_____
UNITED STATES MAGISTRATE JUDGE

Dated this  *5th*  day of March, 2013.