UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet - Civil Case

Date 10/15/2013  Judge _Buckles_  Case No. 4:12cv 748 FRB

_West Coast Productions, Inc._  v. _Swarm thereof that Fish et al_

Court Reporter _FTR Gold_  Deputy Clerk _RLH_

Attorney(s) for Plaintiff(s) _Paul Lesko_

Attorney(s) for Defendant(s) _Matthew Rochefeld, Ken Ryno_
_Parents - Bart Huffman, Andrew Foennir_

☐ Court Appoints _____  ☐ Sealed Proceeding

**Proceedings:**

☐ Rule 16 Conference        ☐ Pretrial Conference

☑ Status Conference         ☐ In Chambers Conference

☐ Motion Hearing            ☐ Informal Matter

☐ Oral Arguments            ☐ Settlement Conference

Parties present for hearing on _a Status Conference. The Court goes over the status of the case with the counsel of record for all parties. The Court informs the parties that the Court will enter an order ordering the Clerk of Court to reassign this case to a District Court of this District. Order to issue._

Next hearing date/ time _____  Type of hearing _____

Before _____

Proceeding commenced _1:00 pm_  Proceeding concluded _1:04 pm_

Continued to _____

☐ TERMINATE CASE REFERRAL       ☐ COPY TO DISTRICT JUDGE