UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WEST COAST PRODUCTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:12 CV 748 CDP |
| ) | |
| JOHN DOE 337, ) | |
| ) | |
| Defendant. ) | |

# ORDER

Under the schedule I set by previous order, defendant John Doe 337 had until January 31, 2014 to file a motion contesting the Rule 45 subpoena sent by plaintiff to Doe's Internet Service Provider. If that date passed without Doe contesting the subpoena, the ISP had 14 days to turn over to plaintiff Doe's name, address, email address, and Media Access Control address.

Neither Doe nor his ISP has filed anything contesting the subpoena, so I assume the ISP has complied with my order. As such, the 120-day service period commenced as of the date plaintiff received the identifying information from Doe's ISP.

Accordingly,

**IT IS HEREBY ORDERED** that, no later than **March 12, 2014**, plaintiff shall

file a response informing the court of the date it received Doe's identifying information from the ISP.

*[signature]*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 6th day of March, 2014.